UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VILLA, | ) NO. EDCV 07-01559 R (SS) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| MICHAEL MARTEL, Acting Warden, | ) |
| Respondent. | ) |

 Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 17, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE